No. 88–554. CLINTON, GOVERNOR OF ARKANSAS, ET AL. *v.* SMITH ET AL. Affirmed on appeal from D. C. E. D. Ark.

No. 88–671. SPRAGUE *v.* WALTER ET AL. Appeal from Sup. Ct. Pa. dismissed for want of properly presented federal question.

No. 88–5761. WEHRINGER *v.* DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT. Appeal from App. Div., Sup. Ct. N. Y., 1st Jud. Dept, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1720. TAYLOR *v.* PEABODY COAL CO. ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Pittston Coal Group v. Sebben, ante,* p. 105.

No. — – ——. SERRANO ET AL. *v.* JONES & LAUGHLIN STEEL CO. ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. — – ——. WILLIAMS *v.* ZANT, WARDEN. Motion to direct the Clerk to file petition for writ of certiorari out of time denied. JUSTICE MARSHALL would grant the motion.

No. A–438. CARTER ET AL. *v.* MODJESKI & MASTERS. Sup. Ct. La. Application for stay, presented to JUSTICE WHITE, and by him referred to the Court, denied. The stay entered by JUSTICE WHITE on December 1, 1988, is vacated. JUSTICE SCALIA would grant the application.